UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :        Hon. Michael A. Hammer
                                  :
v.                                :        Mag. No. 25-10151

BOLIKO IBOBO                      :        **ORDER FOR CONTINUANCE**

1.    This matter came before the Court on the joint application of the United States (Priscilla J. Gabela, Special Assistant U.S. Attorney, appearing), and defendant Boliko Ibobo (Laura Sayler, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) from May 25, 2026, through July 22, 2026.

2.    This Court granted seven § 3161(h)(7)(A) continuances previously in this case.

3.    Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.    Counsel for the United States also represented that this continuance is necessary to prevent non-excludable days under § 3161(h) from expiring.

5.    The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.    The defendant, through counsel, has consented to this continuance.

7.    FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.    The United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

b.      Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c.      Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from May 25, 2026, through July 22, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HON. Michael A. Hammer
United States Magistrate Judge

Dated: May 20, 2026

Form and entry consented to:

Priscilla J. Gabela
Special Assistant U.S. Attorney

/s/ Laura Sayler

Laura Sayler, Esq.
Counsel for Boliko Ibobo

- 2 -